**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 19-20123GLT |
| RALPH LUICK, | ) |
|         Debtor | ) Chapter 13 |
| RALPH LUICK, | ) |
|         Movant | ) Document No. |
| | ) |
|         vs. | ) Hearing Date: 5/8/2019 @ 10:00 AM |
| | ) |
| NO RESPONDENT | ) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtor's Application to Employ Special Counsel filed on 4/16/2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Debtor's Application appears thereon. Pursuant to the Notice of Hearing, objections to Debtor's Application to Employ Special Counsel were to be filed and served no later than 5/3/2019.

    It is hereby respectfully requested that the Order attached to Debtor's Application to Employ Special Counsel be entered by the Court.

Dated.   5/7/2019                                              BY: /s/ Robert B. Marcus
                                                                              Robert B. Marcus, Esquire
                                                                              436 Seventh Avenue, Suite 220
                                                                              Pittsburgh, PA  15219
                                                                              412-391-9991
                                                                              PA ID No. 10294
                                                                              attnyrobmarcus@yahoo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 19-20123GLT |
| RALPH LUICK, | ) |
|           Debtor | ) Chapter 13 |
| RALPH LUICK, | ) |
|           Movant | ) Document No. |
| | ) |
|     vs. | ) Hearing Date: 5/8/2019 @ 10:00 AM |
| | ) |
| NO RESPONDENT | ) |

**CERTIFICATE OF SERVICE REGARDING**
**CERTIFICATE OF NO OBJECTION REGARDING**
**DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

I, Robert B. Marcus, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified on the attached list on 5/7/2019

The type of service made on the parties was: U.S. First Class Mail, postage prepaid.

                                                BY: /s/ Robert B. Marcus
                                                Robert B. Marcus, Esquire
                                                436 Seventh Avenue, Suite 220
                                                Pittsburgh, PA  15219
                                                412-391-9991
                                                PA ID No. 10294
                                                attnyrobmarcus@yahoo.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20123-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Apr 16 11:38:55 EDT 2019 | Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | Allied Interstate<br>P.O. Box 361445<br>Columbus, OH 43236-1445 |
| Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Bayview Financial Loan<br>Attn: Bankruptcy Dept<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1873 | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1837 | CVI SGP-CO Acquisition Trust<br>c/o Resurgent Capital Services<br>PO BOX 10587<br>Greenville, SC 29603-0587 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Collection Service Center, Inc.<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Eastern Revenue Inc<br>Attn: Bankruptcy Dept.<br>601 Dresher Rd. Suite 301<br>Horsham, PA 19044-2277 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | Fleet Services of America<br>Mag. District 36-2-02<br>175 Friendship Circle<br>Beaver, PA 15009-1395 | Genesis Medical Assoc.<br>8150 Perry Highway<br>Pittsburgh, PA 15237-5232 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Ralph Louis Luick Sr.<br>1287 Route 68<br>Rochester, PA 15074-2702 |
| Robert B. Marcus<br>436 Seventh Avenue<br>Suite 220 Koppers Building<br>Pittsburgh, PA 15219-1818 | Nationwide Recovery<br>501 Shelley Dr  Ste 300<br>Tyler, TX 75701-9553 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Dept. of Revenue<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0001 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pettit, Spontak & Mihok<br>BNY Mellon Center<br>Suite 2900<br>Pittsburgh, PA 15212 | Resurgent<br>Care Of Resurgent Capital Serv<br>Greenville, SC 29602 |

| | | |
|---|---|---|
| Spirit Shop<br>P.O. Box 535816<br>Grand Prairie, TX 75053-5816 | UPMC<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| United Rev<br>Po Box 1184<br>Langhorne, PA 19047-6184 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (u)Melanie Ann Stemler | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38