# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| RALPH LOUIS LUICK, SR. ) | Bankruptcy No. 19-20123GLT |
|           Debtor ) | Chapter 13 |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
|           Movant ) | Document No. |
| vs. ) | |
| ) | Hearing Date: 6/5/2019 @ 10:00 AM |
| RALPH LOUIS LUICK, SR. ) | |
| ) | |
|           Respondent ) | |

## ANSWER TO UNITED STATES' MOTION TO DISMISS CASE

**AND NOW** comes the Debtor, Ralph Louis Luick, Sr., Respondent herein, by and through his attorney, Robert B. Marcus, Esquire, and respectfully sets forth as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.  By way of further response, Debtor believes, avers and hopes that he will have most of his delinquent tax returns prepared and ready for filing by the date of the hearing in this matter, in addition to paying any estimated income tax payments due for 2019.

8. Admitted.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court dismiss the United States' Motion to Dismiss Case in this matter.

Respectfully submitted,

/s/ Robert B, Marcus
Robert B. Marcus, Esquire
attnyrobmarcus@yahoo.com
PA ID No. 10294
436 Seventh Avenue
220 Koppers Building
Pittsburgh, PA 15219
412/391-9991

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| RALPH LOUIS LUICK, SR. ) | Bankruptcy No. 19-20123GLT |
| <u>            Debtor            </u> ) | Chapter 13 |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Movant ) | Document No. |
| vs. ) | |
| ) | Hearing Date: 6/5/2019 @ 10:00 AM |
| RALPH LOUIS LUICK, SR. ) | |
| ) | |
| Respondent ) | |

### CERTIFICATE OF SERVICE OF ANSWER TO
### UNITED STATES' MOTION TO DISMISS CASE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on <u>5/7/2019</u>

U.S. Trustee's Office
1001 Liberty Avenue
970 Liberty Center
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdog.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250 US Steel Tower
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Jill Locnikar
Assistant United States Attorney
Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
Jill.locnikar@usdoj.gov

The type of service made on the parties was: U.S. First Class Mail, postage prepaid

/s/ Robert B. Marcus
Robert B. Marcus, Esquire
PA ID No. 10294
220 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412/391-9991
attnyrobmarcus@yahoo.com