## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  : Case No.: 19-20123-GLT
: Chapter: 13
Ralph Louis Luick, Sr. :
:
: Date: 6/5/2019
Debtor(s). : Time: 10:00

**FILED**
**JUN 05 2019**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### PROCEEDING MEMO

*MATTER:*   #26 - Motion to Dismiss Case by IRS
#30 - Response by Debtor

*APPEARANCES:*
   Trustee:   Kate DeSimone
   IRS:   Jill Locnikar

*NOTES:*

Locnikar: Mr. Marcus told me that he could not be here but has told me that he has no defense to our motion.

Court: How is it that the last tax return the debtor filed was for 2008?

Locnikar: I do not know.

*OUTCOME:*

1. The Motion to Dismiss [Dkt. No. 26] is granted. The case is dismissed without prejudice (CT to prepare).

**DATED:** 6/5/2019