**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RALPH LOUIS LUICK, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-20123 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/10/2019 and confirmed on 03/22/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,800.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,800.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,437.39 | |
|   Trustee Fee | 400.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,837.79 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BAYVIEW FINANCIAL LOAN | 0.00 | 6,962.21 | 0.00 | 6,962.21 |
|     Acct: 1923 | | | | |
|   CVI SGP-CO ACQUISITION TRUST | 7,878.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 2035 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,268.97 | 0.00 | 0.00 | 0.00 |
|     Acct: 770 | | | | |
|   INTERNAL REVENUE SERVICE* | 9,593.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 7070 | | | | |
|   ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 1,479.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 2677 | | | | |
|   BAYVIEW FINANCIAL LOAN | 26,798.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 1923 | | | | |
| | | | | 6,962.21 |
| **Priority** | | | | |
|   ROBERT B MARCUS ESQ PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RALPH LOUIS LUICK, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 2,508.09 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| ROBERT B MARCUS ESQ PC | 1,840.00 | 1,437.39 | 0.00 | 0.00 |
| Acct: | | | | |
| BEAVER COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX2000 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3939 | | | | |
| ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3724 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8744 | | | | |
| ALLY BANK(*) | 538.83 | 0.00 | 0.00 | 0.00 |
| Acct: 5634 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3971 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 465.51 | 0.00 | 0.00 | 0.00 |
| Acct: 7666 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 328.38 | 0.00 | 0.00 | 0.00 |
| Acct: 5641 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XUZSO | | | | |
| EASTERN REVENUE INCOPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4368 | | | | |
| FLEET SERVICES/FLEET PA SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GENESIS MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4558 | | | | |
| CAPITAL ONE NA** | 291.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0489 | | | | |
| NATIONWIDE RECOVERY SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6630 | | | | |
| PETTIT SPONTAK AND MIHOK PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPIRIT STOP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5297 | | | | |
| UNITED REVENUE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6234 | | | | |
| UPMC HEALTH SERVICES | 4,662.70 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| INTERNAL REVENUE SERVICE* | 8,959.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7070 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                    6,962.21

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,508.09 |
| SECURED | 47,018.84 |
| UNSECURED | 15.246.11 |

Date: 07/15/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com